UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN KNAPP | : |
| | : |
| v. | : NO. 3:02cv1342 (MRK) |
| | : |
| S/Y CALIENTE | : |

**ORDER**

Pursuant to communications from the parties, the parties are ordered to submit a joint status report by November 24, 2003, detailing the progress of efforts to bring this case to its conclusion. The case will be retained on the Court's active docket at least until that time.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: **October 27, 2003**