UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 12  A 11: 26

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STEVEN KNAPP, | ) |
| Plaintiff, | ) |
| - against - | ) 3:02 CV 1342(DJS) |
| S/Y "CALIENTE", her engines, tackle, apparel furniture, equipment, and all other necessaries thereunto appertaining and belonging, in rem, | ) November 11, 2003 |
| Defendant. | ) |

## MOTION ON CONSENT FOR CONFIRMATION OF SALE OF VESSEL

Plaintiff, Steven Knapp, by and through his attorneys, Tisdale & Lennon, LLC, hereby moves for an Order confirming the sale of the defendant vessel to Gifford and Patricia Hammar ("Hammars"), the best and highest bidders having submitted a bid in accordance with the Court's Order dated July 15, 2003 authorizing the sale of the vessel by Brewers Yacht Sales.

Subject to the Defendant Monte Lusk's reservation of his right to object to the amount of custodial fees to be paid to the substitute custodian, the Defendants consent to the confirmation of sale of the vessel to the Hammars on the terms reflected in the proposed Order annexed hereto as Exhibit 1.

        The Plaintiff,
        STEVEN KNAPP

By: _____
Patrick F. Lennon (CT 11950)
TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06490
(203) 254-8474
(203) 254-1641 fax
plennon@tisdale-lennon.com

## CERTIFICATION OF SERVICE

I, Patrick F. Lennon, an attorney duly admitted to practice before this honorable court, affirm that on this 11th day of November 2003, I served a copy of the foregoing MOTION ON CONSENT FOR CONFIRMATION OF SALE OF VESSEL by United States Postal Service, first class postage prepaid, to:

Matthew A. Marion, Esq.
Healy & Baillie
20 Marshall Street, Suite 104
South Norwalk, CT 06854-2282

_____
Patrick F. Lennon

2