UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November 24, 2003
11:30 a.m.

CASE NO. 3:02cv1342 MRK    **Knapp v Calente**

Patrick F. Lennon
Tisdale & Lennon
10 Spruce St.
Southport, CT 06490

Matthew A. Marion
Healy & Baillie, LLP
Lock Building
20 Marshall St.
Suite 104
South Norwalk, CT 06854-2282

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/24/03

15 min.