UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN KNAPP,<br>    Plaintiff | :<br>:<br>: |
| v. | : NO. 3:02cv1342 (MRK)<br>: |
| S/Y "CALIENTE,"<br>her engines, tackles, apparel,<br>furniture, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem.<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER CONFIRMING SALE OF
VESSEL PURSUANT TO SUPPLEMENTAL RULE E(9)(b)

WHEREAS, on July 15, 2003, the Court issued an Order for interlocutory sale of the Defendant vessel, authorizing the sale to be conducted by Brewers Yacht ("Brewers"), 333 Boston Post Rd., Westbrook, Connecticut; and

WHEREAS, in accordance with the Court's July 15, 2003 Order, Brewers has advertised the sale of the Defendant Vessel in certain periodicals, including SOUNDINGS and on the internet; and

WHEREAS, apart from the Plaintiff and Defendant Monte Lusk, no other party has appeared to claim the Defendant vessel or to file an intervening complaint or claim against the Defendant vessel, and the time for any such claim having expired; and

WHEREAS, Brewers has received an offer from Gifford and Patricia Hammar ("Hammars" or "Buyers"), 29 Sandy Brook Dr., Durham, New Hampshire (both United States citizens) to purchase the Defendant vessel for the sum of $60,000, and said offer appearing to be

the best and highest offer Brewers has received; and

WHEREAS, the Hammars have deposited at least $15,000 in earnest money with Brewers; and

WHEREAS the parties having settled this lawsuit and having duly brought on before this Court an application for the sale of the Defendant Vessel, her engines, tackle, apparel, furniture, and all other necessaries thereunto appertaining and belonging; and

WHEREAS the Plaintiff and the Defendant, Monte Lusk, have consented to and approved the sale of the vessel for the sum of $60,000; and

WHEREAS no objection has been filed to the sale of the Defendant Vessel to the Buyers;

Now on the Complaint and Joint Application for Confirmation of Sale, it is hereby:

ORDERED that the sale of the vessel "Caliente," her engines, machinery, masts, anchors, rigging, tackle, boats, furniture, equipment and supplies, etc., to Gifford and Patricia Hammar, 29 Sandy Brook Dr., Durham, New Hampshire, for the sum of $60,000 is confirmed; and it is further

ORDERED that the Hammars shall remit by certified check the sum of $60,000 payable to "Tisdale &Lennon, LLC and Healy & Baillie, LLP, as attorney," in full satisfaction of the purchase price; and it is further

ORDERED that Tisdale & Lennon, LLC and Healy & Baillie, LLP, respective counsel for the parties, shall deposit the sales proceeds into an interest bearing escrow account whereupon they shall disburse the funds in accordance with the terms of this Order; and it is

further

ORDERED that the Hammars shall be responsible for sales tax, if any, related to the sale of the vessel; and it is further

ORDERED that all charges by the substitute custodian, Mr. Rives Potts of Brewer Pilots Point Marina, Westbrook, Connecticut, with respect to the maintenance and custody of the vessel are custodia legis expenses and shall be paid to the substitute custodian no later than 7 days following the Court's disposition of the Defendant's Partial Objection to Motion for Confirmation of Sale, dated November 13, 2003, and that said substitute custodian shall file a response to said Partial Objection within 10 business days of receipt of this Order, service of which shall be the responsibility of the Defendant; and it is further

ORDERED that Brewers Yachts Sales be paid a commission of 8% of the sales prices of $60,000, or $4,800, as second charge on the sales proceeds; and it is further

ORDERED that the balance of the sales proceeds shall be paid to the Plaintiff, Steven Knapp, and the Defendant, Monte Lusk, in accordance with their settlement agreement with 55% to Mr. Knapp and 45% to Mr. Lusk; and it is further

ORDERED that the United States Marshal for the District of Connecticut shall issue a bill of sale granting title to the Hammars, free and clear of any and all liens and encumbrances.


/s/     Mark R. Kravitz
             U.S.D.J.


Dated at New Haven, Connecticut: November 24, 2003

Case 3:02-cv-01342-MRK    Document 44    Filed 11/24/2003    Page 4 of 4