UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN KNAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - against - ) | 3:02 CV 1342(MK) |
| ) | |
| S/Y "CALIENTE", ) | |
| her engines, tackle, apparel ) | |
| furniture, equipment, and all ) | |
| other necessaries thereunto ) | |
| appertaining and belonging, ) | |
| in rem, ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT OF PLAINTIFF'S COUNSEL
RE: SUBSTITUTE CUSTODIAN'S
RESPONSE TO DEFENDANT'S OBJECTION TO CUSTODIAL FEES

State of Connecticut )
                    )   ss: SOUTHPORT
County of Fairfield )

PATRICK F. LENNON, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in relation to the Defendant's Partial Objection to Motion for Confirmation of Sale of the M/V CALIENTE.

2. On December 3, 2003, I received a letter from Rives Potts of Brewer Pilots Point Marina, the substitute custodian of the vessel and claimant of the custodial fees at issue in this case.

3. The purpose of Mr. Potts' letter is apparently to respond to Defendant's partial objection to the confirmation of sale of the subject vessel, relating to the quantum and reasonableness of the custodial fees.

4. I attach a copy of Mr. Potts' letter hereto as Exhibit 1.

5. I respectfully suggest that the court schedule a telephone conference between counsel for Plaintiff, counsel for Defendants and Mr. Potts to discuss resolution of the custodial fee issue.

_____
Patrick F. Lennon

Sworn and subscribed to before me
this 4th day of December 2003.

_____
Notary Public

DAWN P. COELHO
NOTARY PUBLIC
MY COMMISSION EXPIRES 5/31/08

**EXHIBIT 1**

Patrick F. Lennon, Esq.
Tisdale & Lennon
10 Spruce Street
Southport, CT 06870

RE: Partial objection to motion for confirmation of sale for CALIENTE

Dear Patrick,

Thanks for taking my call this morning regarding the order I received to justify our charges with respect to CALIENTE. I believe that all our charges are in order and will attempt to explain/answer the objection's questions below.

1. Custodial fees: I was contacted by Tisdale and Lennon (T&L) in approx Oct 2002 asking us to be Custodian of CALIENTE. We agreed to do so for the standard charge that we have done before of $1000/month. This was agreed to by me and T&L (I believe that Chuck Murphy was the T&L lawyer who agreed to this with me). As I understand, being the Custodian put more responsibility on us than a regular storage boat. We checked the boat on a daily basis, we were not to allow anyone on board unless cleared by T&L or myself, and we escorted and helped potential buyers to inspect boat, gear, mast, rigging, and answered questions from numerous people interested in the boat. This time was not charged separately, as we felt that it was part of our Custodial duties.
   The charges of $1000/month are subject to an environmental fee of 1% and 6% CT sales tax on this fee, and 6% CT sales tax on the storage during the May –Oct period, as per CT State statute. Therefore, the $1010.60 and $1070.60 charges

2. Winterize all systems, remove sails, unstep mast: This work is all done on a time and material basis, plus a charge of $4.00/ft for unstepping the mast. All of our customers are charged the same way. CALIENTE was not charged any different. The actual charges for winterizing the boat's systems were $557.50, plus taxes. The charges are particularly fair, considering that none of the systems worked on the boat and all systems had to be decommissioned manually. The charges for removing the sails, prepping the rig for unstepping, unstepping($264), prep the rig to store were $1,619. This work was all done in accordance to our standard winter storage contract that was attached to the objection. These charges are also in line with other boats of this size and type. Please note that the boat had to be relaunched and rehauled to unstep the mast and we did not charge additional for this service. This is normally a charge of approximately $800.

3. The Custodial fee change from $1010.60 to $1070.60 was addressed in the first paragraph

4. The interest penalty of 1%/month for all outstanding balances after 30 days allowed by the State of CT, and is a condition of the terms set forth in our storage and dockage contracts that the objection letter refers to.

5. Brewer Pilots Point Marina and Brewer Yacht Sales are two completely different companies. The sales commission due to Brewer Yacht Sales was negotiated and agreed to by BYS and T&L. Brewer Pilots Point Marina does not share in these proceeds or have anything to do with these fees.

After reviewing the above answers, I hope you will better understand the charges and will agree that they are fair and reasonable. If there are any other, or further questions, please do not hesitate to call me at 860-399-7906.

Thanks,

Rives Potts
Manager, Brewer Pilots Point Marina

## CERTIFICATION OF SERVICE

I, Patrick F. Lennon, an attorney duly admitted to practice before this honorable court, affirm that on this 4th day of December 2003, I served a copy of the foregoing AFFIDAVIT OF PLAINTIFF'S COUNSEL by United States Postal Service, first class postage prepaid, to:

Matthew A. Marion, Esq.
Healy & Baillie
20 Marshall Street, Suite 104
South Norwalk, CT 06854-2282

Mr. Rives Potts
Brewer Pilots Point Marina
63 Pilots Point Drive
Westbrook, CT 06498

Patrick F. Lennon