United States Marshals Service
District of Connecticut

FILED
Jan 13  3 28 PM '04

United States Marshals Return – Final

Steven Knapp

    Plaintiff                     Case #3:02CV1342(MRK)

S/Y " Caliente"
   Her engines, Tackles, Apparel, etc
    Having Official #1061136

    Defendents.

Marshals Fees and Expenses:

| | |
|---|---|
| Service of Process | $ 180.00 |
| Mileage Fees | 21.90 |
| Liability Insurance | 2,345.00 |
| | |
| Total : | $ 2,546.90 |

**These cost represent final billings. When final billings have been received and paid, any funds remaining from initial deposit will be remitted back to plaintiff.

JOHN F. BARDELLI
United States Marshal

By: _____
Gary L. Dorsey
Chief Deputy United States Marshal
District of Connecticut

Dated: January 12, 2004